■ SUSIE N. COY, as Administratrix of the Estate of RUSSELL E. COY, Respondent, v. FANRIS HOLDING CORP. et al., Appellants.— In an action to recover damages for the wrongful death of plaintiff's intestate, the defendants appeal from an order of the Supreme Court, Kings County, dated November 16, 1962, which, after a pretrial hearing, granted a preference in the trial of the action, pursuant to rule 8 of the Kings County Supreme Court Rules. Order reversed, without costs, and preference vacated, without prejudice to the right of plaintiff, if so advised, to move for a preference on proper proof (*Abramson* v. *Kenwood Labs.*, 17 A D 2d 626; *Rooney* v. *Raplee*, 14 A D 2d 807; *Delgaudio* v. *Sheridan & Duncan*, 14 A D 2d 923). Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.